

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

> This request is GRANTED. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> August 13, 2024

**VIA ECF AND EMAIL**

The Honorable Jennifer Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States. v. Vernon Chambers*, 24 Cr. 311 (JW)

Dear Judge Willis:

    Sentencing in the above-captioned matter is currently scheduled for August 20, 2024. The parties respectfully request that sentencing be adjourned to September 17, 2024, at 11:00 a.m., a date and time the parties understand is convenient for the Court.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _____
Catherine Ghosh
Assistant United States Attorney
(212) 637-1114