UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA         :

    -v-                                                    :
                                                    24-cr-311 (JW)
VERNON CHAMBERS                   :
                                                  ORDER
                                                             :
              Defendant.
------------------------------------------------------X

Upon the application of the defendant, Vernon Chambers through his attorney, Thomas Ambrosio, Esq., and for good cause having been shown:

**IT IS HEREBY ORDERED** on this 15 day of October 2024 that United States Pretrial Services return to Vernon Chambers the United States Passport of Vernon Chambers that is currently being held by United States Pretrial Services.

                                                                                     _Jennifer E. Willis_
                                                                              JENNIFER E. WILLIS
                                                                              United States Magistrate Judge
                                                                              October 15, 2024