UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| -v- | : | 24-cr-311 (JW) |
| VERNON CHAMBERS | : | ORDER |
| | : | |
| Defendant. | | |

-------------------------------------------------------X

Upon the application of the defendant, Vernon Chambers through his attorney, Thomas Ambrosio, Esq., and for good cause having been shown and United States Probation posing no objection:

**IT IS HEREBY ORDERED** on this 21st day of January 2025 that

Vernon Chambers is permitted to travel outside the United States on a cruise to the Bahamas, leaving from Miami, Florida on February 3, 2025 and returning on February 7, 2025.

_____
Honorable Jennifer E. Willis
United States Magistrate Judge